# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No. 3:10cr00028-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **TOMAS JAIMES-CAMPOS.** | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss (Docket No. 54) is **GRANTED**; Jaimes-Campos's motion pursuant to 28 U.S.C. § 2255 (Docket No. 47) is **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

Further, finding that Jaimes-Campos has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 21st day of May, 2013.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE